CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 07 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 7:10cr67-1 |
| v. ) | **2255 FINAL ORDER** |
| ) | |
| ) | By: Samuel G. Wilson |
| **YOUSSEF HAFEZ ABDELBARY.** ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Abdelbary's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this memorandum opinion and accompanying order to the petitioner.

**ENTER:** This 17th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE